IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>BUTTERFIELD, et al.,<br><br>  Defendants. | No.  2:25-CV-2408-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to vacate the responsive pleading filing deadline pending Plaintiff's resolution of the fee status for this case.  See ECF No. 4.  Good cause appearing therefor, Defendants' request will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to vacate the responsive pleading filing deadline, ECF No. 4, is granted.

2. Defendants are relieved of the obligation to respond to Plaintiff's complaint pending further order of the Court.

Dated:  September 17, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE