**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KRZYSZTOF F. WOLINSKI,

Plaintiff,

v.

BUTTERFIELD, et al.,

Defendants.

No.  2:25-CV-2408-DJC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for a 60-day extension of time to file objections to the Court's April 10, 2026, findings and recommendations.  See ECF No. 13. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to disability and limited law library access, Plaintiff's motion will be granted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.     Plaintiff's motion for a 60-day extension of time, ECF No. 13, is granted.

2.     Objections to the Court's April 10, 2026, findings and recommendations are due within 60 days of the date of this order.

Dated:  May 13, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE